■ AETNA CASUALTY & SURETY COMPANY, Respondent, v RAILING SUPPLY COMPANY, INC., Appellant. — Judgment unanimously affirmed, with costs (see

*County of Onondaga v Penetryn Systems,* 84 AD2d 934, affd 56 NY2d 726). (Appeal from judgment of Supreme Court, Monroe County, Rosenbloom, J. — declaratory judgment.) Present — Dillon, P. J., Doerr, Boomer, Green and O'Donnell, JJ.